# EXHIBIT 17



**BrokerCheck Report**

# LINCOLN INTERNATIONAL LLC

CRD# 42045

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Firm Profile | 2 - 8 |
| Firm History | 9 |
| Firm Operations | 10 - 20 |
| Disclosure Events | 21 |

 When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

**Thank you for using FINRA BrokerCheck.**





Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck                                                                                                    User Guidance

**LINCOLN INTERNATIONAL LLC**

CRD# 42045

SEC# 8-49671

## Main Office Location

110 NORTH WACKER DRIVE-51ST FLOOR
CHICAGO, IL  60606
Regulated by FINRA Chicago Office

## Mailing Address

110 NORTH WACKER DRIVE-51ST FLOOR
CHICAGO, IL  60606

## Business Telephone Number

312-580-8339

## Report Summary for this Firm

This report summary provides an overview of the brokerage firm. Additional information for this firm can be found in the detailed report.

### Firm Profile

This firm is classified as a limited liability company.

This firm was formed in Illinois on 03/28/1996.

Its fiscal year ends in December.

### Firm History

Information relating to the brokerage firm's history such as other business names and successions (e.g., mergers, acquisitions) can be found in the detailed report.

### Firm Operations

**This firm is registered with:**

- the SEC
- 1 Self-Regulatory Organization
- 53 U.S. states and territories

Is this brokerage firm currently suspended with any regulator?  **No**

This firm conducts 2 types of businesses.

This firm is affiliated with financial or investment institutions.

This firm does not have referral or financial arrangements with other brokers or dealers.

### Disclosure Events

Brokerage firms are required to disclose certain criminal matters, regulatory actions, civil judicial proceedings and financial matters in which the firm or one of its control affiliates has been involved.

Are there events disclosed about this firm?       **Yes**

**The following types of disclosures have been reported:**

| Type | Count |
|------|-------|
| Regulatory Event | 1 |

©2025 FINRA. All rights reserved.    Report about LINCOLN INTERNATIONAL LLC

## Firm Profile



This firm is classified as a limited liability company.

This firm was formed in Illinois on 03/28/1996.

Its fiscal year ends in December.

## Firm Names and Locations

This section provides the brokerage firm's full legal name, "Doing Business As" name, business and mailing addresses, telephone number, and any alternate name by which the firm conducts business and where such name is used.

**LINCOLN INTERNATIONAL LLC**

**Doing business as LINCOLN INTERNATIONAL LLC**

**CRD#**  42045

**SEC#**  8-49671

**Main Office Location**

110 NORTH WACKER DRIVE-51ST FLOOR
CHICAGO, IL  60606

**Regulated by FINRA Chicago Office**

**Mailing Address**

110 NORTH WACKER DRIVE-51ST FLOOR
CHICAGO, IL  60606

**Business Telephone Number**

312-580-8339

©2025 FINRA. All rights reserved.    Report about LINCOLN INTERNATIONAL LLC

www.finra.org/brokercheck



## Firm Profile

This section provides information relating to all direct owners and executive officers of the brokerage firm.

## Direct Owners and Executive Officers

| | |
|---|---|
| **Legal Name & CRD# (if any):** | MONARCH FINCO, LLC |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Position** | SOLE MEMBER |
| **Position Start Date** | 10/2025 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BARR, ROBERT BRUCE |
| | 720560 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | MANAGING DIRECTOR |
| **Position Start Date** | 03/1996 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BROWN, ROBERT TODD |
| | 3114282 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF EXECUTIVE OFFICER |
| **Position Start Date** | 10/2021 |

www.finra.org/brokercheck                                                                           User Guidance

**Firm Profile**

## Direct Owners and Executive Officers (continued)

| | |
|---|---|
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | HAQUE, SARAH ANSARI |
| | 7419726 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | CHIEF COMPLIANCE OFFICER & DEPUTY GENERAL COUNSEL |
| **Position Start Date** | 09/2024 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | LAWSON, LAWRENCE JAMES III |
| | 1081222 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | MANAGING DIRECTOR, CHAIRMAN |
| **Position Start Date** | 03/1996 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | MALCHOW, ERIC DENNIS |

©2025 FINRA. All rights reserved.   Report about LINCOLN INTERNATIONAL LLC                    4

**Firm Profile**



## Direct Owners and Executive Officers (continued)

2499555

| | |
|---|---|
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | PRESIDENT |
| **Position Start Date** | 10/2021 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | NELSON, JULIE ANNE |
| | 7051181 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | FINOP, PRINCIPAL FINANCIAL OFFICER, PRINCIPAL OPERATIONS |
| **Position Start Date** | 01/2022 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | No |
| **Is this a public reporting company?** | No |

User Guidance

## Firm Profile

This section provides information relating to any indirect owners of the brokerage firm.



### Indirect Owners

| | |
|---|---|
| **Legal Name & CRD# (if any):** | LINCOLN INTERNATIONAL CENTCO, LLC |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Company through which indirect ownership is established** | MONARCH FINCO, LLC |
| **Relationship to Direct Owner** | SOLE MEMBER |
| **Relationship Established** | 10/2025 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | LINCOLN INTERNATIONAL, LP |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Company through which indirect ownership is established** | LINCOLN INTERNATIONAL CENTCO, LLC |
| **Relationship to Direct Owner** | SOLE MEMBER |
| **Relationship Established** | 10/2025 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BARR, ROBERT BRUCE |
| | 720560 |
| **Is this a domestic or foreign** | Individual |

©2025 FINRA. All rights reserved.   Report about LINCOLN INTERNATIONAL LLC

www.finra.org/brokercheck

**Firm Profile**

**FINra**

## Indirect Owners (continued)

**entity or an individual?**

| | |
|---|---|
| **Company through which indirect ownership is established** | LI GP, INC. |
| **Relationship to Direct Owner** | SHAREHOLDER |
| **Relationship Established** | 12/2011 |
| **Percentage of Ownership** | 25% but less than 50% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | BROWN, ROBERT TODD |
| | 3114282 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Company through which indirect ownership is established** | LI GP, INC. |
| **Relationship to Direct Owner** | SHAREHOLDER |
| **Relationship Established** | 08/2021 |
| **Percentage of Ownership** | 25% but less than 50% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | LAWSON, LAWRENCE JAMES III |
| | 1081222 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Company through which indirect ownership is** | LI GP, INC. |

©2025 FINRA. All rights reserved.   Report about LINCOLN INTERNATIONAL LLC

www.finra.org/brokercheck

**Firm Profile**



## Indirect Owners (continued)

**established**

| | |
|---|---|
| **Relationship to Direct Owner** | SHAREHOLDER |
| **Relationship Established** | 12/2011 |
| **Percentage of Ownership** | 25% but less than 50% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | LI GP, INC |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Company through which indirect ownership is established** | LINCOLN INTERNATIONAL, LP |
| **Relationship to Direct Owner** | GENERAL PARTNER |
| **Relationship Established** | 12/2011 |
| **Percentage of Ownership** | Other General Partners |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

www.finra.org/brokercheck User Guidance

**Firm History**



This section provides information relating to any successions (e.g., mergers, acquisitions) involving the firm.

No information reported.

©2025 FINRA. All rights reserved.    Report about LINCOLN INTERNATIONAL LLC                9

User Guidance



## Firm Operations

### Registrations

This section provides information about the regulators (Securities and Exchange Commission (SEC), self-regulatory organizations (SROs), and U.S. states and territories) with which the brokerage firm is currently registered and licensed, the date the license became effective, and certain information about the firm's SEC registration.

**This firm is currently registered with the SEC, 1 SRO and 53 U.S. states and territories.**

| Federal Regulator | Status | Date Effective |
|---|---|---|
| SEC | Approved | 04/16/1997 |

### SEC Registration Questions

This firm is registered with the SEC as:

A broker-dealer:      Yes

A broker-dealer and government securities broker or dealer:    No

A government securities broker or dealer only:      No

This firm has ceased activity as a government securities broker or dealer:   No

| Self-Regulatory Organization | Status | Date Effective |
|---|---|---|
| FINRA | Approved | 04/16/1997 |

©2025 FINRA. All rights reserved.   Report about LINCOLN INTERNATIONAL LLC

**Firm Operations**



## Registrations (continued)

| U.S. States & Territories | Status | Date Effective | U.S. States & Territories | Status | Date Effective |
|---|---|---|---|---|---|
| Alabama | Approved | 05/02/2024 | North Carolina | Approved | 05/01/2024 |
| Alaska | Approved | 04/18/2024 | North Dakota | Approved | 05/07/2024 |
| Arizona | Approved | 05/23/2024 | Ohio | Approved | 02/16/2022 |
| Arkansas | Approved | 07/24/2024 | Oklahoma | Approved | 04/22/2024 |
| California | Approved | 06/14/2012 | Oregon | Approved | 04/30/2024 |
| Colorado | Approved | 05/01/2024 | Pennsylvania | Approved | 04/25/2024 |
| Connecticut | Approved | 05/02/2024 | Puerto Rico | Approved | 08/05/2024 |
| Delaware | Approved | 05/01/2024 | Rhode Island | Approved | 04/22/2024 |
| District of Columbia | Approved | 07/17/2024 | South Carolina | Approved | 04/25/2024 |
| Florida | Approved | 09/27/2022 | South Dakota | Approved | 04/18/2024 |
| Georgia | Approved | 08/17/2022 | Tennessee | Approved | 05/01/2024 |
| Hawaii | Approved | 05/30/2024 | Texas | Approved | 12/15/2016 |
| Idaho | Approved | 05/02/2024 | Utah | Approved | 04/29/2024 |
| Illinois | Approved | 04/17/1997 | Vermont | Approved | 05/07/2024 |
| Indiana | Approved | 10/07/2021 | Virgin Islands | Approved | 05/28/2024 |
| Iowa | Approved | 04/18/2024 | Virginia | Approved | 06/24/2024 |
| Kansas | Approved | 04/26/2024 | Washington | Approved | 05/29/2024 |
| Kentucky | Approved | 08/02/2021 | West Virginia | Approved | 06/03/2024 |
| Louisiana | Approved | 04/22/2024 | Wisconsin | Approved | 05/23/2024 |
| Maine | Approved | 05/07/2024 | Wyoming | Approved | 04/18/2024 |
| Maryland | Approved | 05/10/2024 | | | |
| Massachusetts | Approved | 09/20/2021 | | | |
| Michigan | Approved | 11/01/2017 | | | |
| Minnesota | Approved | 06/17/2024 | | | |
| Mississippi | Approved | 05/03/2024 | | | |
| Missouri | Approved | 07/19/2024 | | | |
| Montana | Approved | 02/17/2022 | | | |
| Nebraska | Approved | 02/07/2022 | | | |
| Nevada | Approved | 02/15/2022 | | | |
| New Hampshire | Approved | 06/25/2024 | | | |
| New Jersey | Approved | 11/15/2021 | | | |
| New Mexico | Approved | 06/26/2024 | | | |
| New York | Approved | 06/04/2012 | | | |

©2025 FINRA. All rights reserved.   Report about LINCOLN INTERNATIONAL LLC



## Firm Operations

### Types of Business

This section provides the types of business, including non-securities business, the brokerage firm is engaged in or expects to be engaged in.

**This firm currently conducts 2 types of businesses.**

**Types of Business**

Private placements of securities

Other - PROVIDING INVESTMENT BANKING ADVISORY SERVICES AND CORPORATE FINANCE ADVISORY SERVICES TO COMPANIES, INCLUDING ADVICE RELATING TO MERGERS AND ACQUISITIONS

**Other Types of Business**

This firm does not effect transactions in commodities, commodity futures, or commodity options.
This firm does not engage in other non-securities business.

Non-Securities Business Description:

www.finra.org/brokercheck

User Guidance

## Firm Operations



### Clearing Arrangements

**This firm does not hold or maintain funds or securities or provide clearing services for other broker-dealer(s).**

### Introducing Arrangements

**This firm does not refer or introduce customers to other brokers and dealers.**

User Guidance

**Firm Operations**

**Industry Arrangements**



**This firm does have books or records maintained by a third party.**

| | |
|---|---|
| **Name:** | GLOBAL RELAY |
| **Business Address:** | 220 CAMBIE STREET, 2ND FLOOR, VANCOUVER, BC V6B 2M<br>2ND FLOOR<br>VANCOUVER, CANADA  V6B 2M9 |
| **Effective Date:** | 03/31/2020 |
| **Description:** | GLOBAL RELAY IS A THIRD-PARTY ELECTRONIC STORAGE VENDOR.<br>THE FIRM USES IT TO ARCHIVE ELECTRONIC COMMUNICATIONS. |

**This firm does not have accounts, funds, or securities maintained by a third party.**

**This firm does not have customer accounts, funds, or securities maintained by a third party.**

**Control Persons/Financing**

**This firm does not have individuals who control its management or policies through agreement.**

**This firm does not have individuals who wholly or partly finance the firm's business.**

©2025 FINRA. All rights reserved.    Report about LINCOLN INTERNATIONAL LLC                                                        14

## Firm Operations



### Organization Affiliates

This section provides information on control relationships the firm has with other firms in the securities, investment advisory, or banking business.

**This firm is, directly or indirectly:**

· **in control of**
· **controlled by**
· **or under common control with**

**the following partnerships, corporations, or other organizations engaged in the securities or investment advisory business.**

**LINCOLN INTERNATIONAL B.V. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | WTC AMSTERDAM, TOWER TEN, 20TH FLOOR<br>STRAWINSKYLAAN 1665<br>AMSTERDAM, NETHERLANDS  1077 XX |
| **Effective Date:** | 04/18/2023 |
| **Foreign Entity:** | Yes |
| **Country:** | NETHERLANDS |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, IS THE INDIRECT SOLE SHAREHOLDER OF THE AFFILIATE. |

**LINCOLN INTERNATIONAL BELGIUM is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | LOUIZALAAN 380<br>AVENUE LOUISE<br>BRUSSELS, BELGIUM  1050 |
| **Effective Date:** | 11/25/2024 |
| **Foreign Entity:** | Yes |
| **Country:** | BELGIUM |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, IS THE INDIRECT SOLE SHAREHOLDER OF THE AFFILIATE. |

©2025 FINRA. All rights reserved.    Report about LINCOLN INTERNATIONAL LLC

User Guidance

**Firm Operations**

## Organization Affiliates (continued)

**LINCOLN INTERNATIONAL KB is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | STRANDVAGEN 5B<br>FLOOR 4<br>STOCKHOLM, SWEDEN  SE-114 51 |
| **Effective Date:** | 04/16/2018 |
| **Foreign Entity:** | Yes |
| **Country:** | SWEDEN |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, CONTROLS THE ENTITY THROUGH ITS DIRECT EQUITY OWNERSHIP. |

**LINCOLN INTERNATIONAL INVESTMENT CONSULTING (BEIJING) COMPANY, LTD. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | NO. 14 JIANGTAI ROAD,JIUXIANQIAO CHAOYANG DISTRICT<br>ROOM 45-112, 1ST FLOOR, BUILDING 45<br>BEIJING, CHINA |
| **Effective Date:** | 10/24/2014 |
| **Foreign Entity:** | Yes |
| **Country:** | CHINA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, IS THE INDIRECT SOLE SHAREHOLDER OF THE AFFILIATE. |

**ST SERVIÇOS FINANCEIRES LTDA. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | RUA FUNCHAL, 418 - 28º ANDAR<br>VILA OLIMPIA<br>SÃO PAULO, BRAZIL  04551-060 |
| **Effective Date:** | 06/17/2013 |
| **Foreign Entity:** | Yes |
| **Country:** | BRAZIL |

**Firm Operations**

**FINRA**

## Organization Affiliates (continued)

| | |
|---|---|
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, CONTROLS THE ENTITY THROUGH ITS DIRECT EQUITY OWNERSHIP. |

**LINCOLN INTERNATIONAL ASSESSORIA EMPRESARIAL LTDA is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | RUA FUNCHAL, 418 - 28º ANDAR<br>VILA OLIMPIA<br>SÃO PAULO, BRAZIL  04551-060 |
| **Effective Date:** | 07/31/2012 |
| **Foreign Entity:** | Yes |
| **Country:** | BRAZIL |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, CONTROLS THE ENTITY THROUGH ITS DIRECT EQUITY OWNERSHIP. |

**LINCOLN INTERNATIONAL ADVISORS PRIVATE LIMITED is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 204 & 205, 2ND FLOOR, THE CAPITAL PLOT C-70<br>G-BLOCK, BANDRA KURLA COMPLEX BANDRA (EAST)<br>MUMBAI, INDIA  400 051 |
| **Effective Date:** | 06/23/2011 |
| **Foreign Entity:** | Yes |
| **Country:** | INDIA |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, CONTROLS THE ENTITY THROUGH ITS DIRECT EQUITY OWNERSHIP. |

**LINCOLN INTERNATIONAL INC. (KK) is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | ARK MORI BUILDING 26TH FLOOR<br>1-12-32 AKASAKA |

www.finra.org/brokercheck

**Firm Operations**



## Organization Affiliates (continued)

TOKYO, JAPAN  107-6026

| | |
|---|---|
| **Effective Date:** | 07/01/2008 |
| **Foreign Entity:** | Yes |
| **Country:** | JAPAN |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, IS THE INDIRECT SOLE SHAREHOLDER OF THE AFFILIATE. |

**LINCOLN INTERNATIONAL, SPAIN, S.L. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | CALLE PRINCIPE DE VERGARA 112, 8<br>MADRID, SPAIN  28002 |
| **Effective Date:** | 05/21/2010 |
| **Foreign Entity:** | Yes |
| **Country:** | SPAIN |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, IS THE INDIRECT SOLE SHAREHOLDER OF THE AFFILIATE. |

**LINCOLN INTERNATIONAL SAS is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 2-6 RUE PAUL CEZANNE<br>PARIS, FRANCE  75008 |
| **Effective Date:** | 12/19/2008 |
| **Foreign Entity:** | Yes |
| **Country:** | FRANCE |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, |

©2025 FINRA. All rights reserved.   Report about LINCOLN INTERNATIONAL LLC

**Firm Operations**



## Organization Affiliates (continued)

IS THE INDIRECT SOLE SHAREHOLDER OF THE AFFILIATE.

**LINCOLN INTERNATIONAL LLP is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | 10TH FLOOR ORION HOUSE<br>5 UPPER ST MARTIN'S LANE<br>LONDON, UNITED KINGDOM  WC2H 9EA |
| **Effective Date:** | 12/20/2007 |
| **Foreign Entity:** | Yes |
| **Country:** | UNITED KINGDOM |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, IS THE INDIRECT SOLE SHAREHOLDER OF THE AFFILIATE. |

**LINCOLN INTERNATIONAL S.R.L. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | VIA SANTA RADEGONDA, 11<br>MILANO, ITALY  20121 |
| **Effective Date:** | 07/11/2013 |
| **Foreign Entity:** | Yes |
| **Country:** | ITALY |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, IS THE INDIRECT SOLE SHAREHOLDER OF THE AFFILIATE. |

**LINCOLN INTERNATIONAL GMBH is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | ULMENSTRASSE 37 - 39<br>FRANKFURT AM MAIN, GERMANY  60325 |
| **Effective Date:** | 07/21/2009 |
| **Foreign Entity:** | Yes |
| **Country:** | GERMANY |

©2025 FINRA. All rights reserved.   Report about LINCOLN INTERNATIONAL LLC

**Firm Operations**



## Organization Affiliates (continued)

| | |
|---|---|
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THE APPLICANT'S INDIRECT SOLE MEMBER, LINCOLN INTERNATIONAL, LP, IS THE INDIRECT SOLE SHAREHOLDER OF THE AFFILIATE. |



**This firm is not directly or indirectly, controlled by the following:**
· **bank holding company**
· **national bank**
· **state member bank of the Federal Reserve System**
· **state non-member bank**
· **savings bank or association**
· **credit union**
· **or foreign bank**

©2025 FINRA. All rights reserved.   Report about LINCOLN INTERNATIONAL LLC

## Disclosure Events



All firms registered to sell securities or provide investment advice are required to disclose regulatory actions, criminal or civil judicial proceedings, and certain financial matters in which the firm or one of its control affiliates has been involved. For your convenience, below is a matrix of the number and status of disclosure events involving this brokerage firm or one of its control affiliates. Further information regarding these events can be found in the subsequent pages of this report.

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 0 | 1 | 0 |



## Disclosure Event Details

**What you should know about reported disclosure events:**

1. **BrokerCheck provides details for any disclosure event that was reported in CRD. It also includes summary information regarding FINRA arbitration awards in cases where the brokerage firm was named as a respondent.**
2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   - A law enforcement agency must file formal charges before a brokerage firm  is required to disclose a particular criminal event.
3. **Disclosure events in BrokerCheck reports come from different sources:**
   - Disclosure events for this brokerage firm were reported by the firm and/or regulators. When the firm and a regulator report information for the same event, both versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.
4. **There are different statuses and dispositions for disclosure events:**
   - A disclosure event may have a status of *pending, on appeal,* or *final*.
     - A "pending" event involves allegations that have not been proven or formally adjudicated.
     - An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
     - A "final" event has been concluded and its resolution is not subject to change.
   - A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
     - An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
     - A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that firms may choose to settle customer disputes or regulatory matters for business or other reasons.
     - A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.
5. **You may wish to contact the brokerage firm to obtain further information regarding any of the disclosure events contained in this BrokerCheck report.**

### Regulatory - Final

This type of disclosure event involves (1) a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, self-regulatory organization, federal regulator such as the U.S. Securities and Exchange Commission, foreign financial regulatory body) for a violation of investment-related rules or regulations; or (2) a revocation or suspension of the authority of a brokerage firm or its control affiliate to act as an attorney, accountant or federal contractor.

### Disclosure 1 of 1

**Reporting Source:**              Regulator

**Current Status:**              Final

©2025 FINRA. All rights reserved.   Report about LINCOLN INTERNATIONAL LLC

**FINRA**

| | |
|---|---|
| **Allegations:** | NASD RULES 1120 AND 2110 - WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, RESPONDENT MEMBER CONSENTED TO THE ENTRY OF FINDINGS THAT IT PERMITTED AN EMPLOYEE TO PERFORM DUTIES AS A FINANCIAL OPERATIONS PRINCIPAL WHILE HIS REGISTRATION STATUS WITH THE NASD WAS INACTIVE DUE TO HIS FAILURE TO TIMELY COMPLETE THE REGULATORY ELEMENT OF THE NASD'S CONTINUING EDUCATION RULE. |
| **Initiated By:** | NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. |
| **Date Initiated:** | 06/17/2002 |
| **Docket/Case Number:** | C8A020039 |
| **Principal Product Type:** | No Product |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 06/17/2002 |
| **Sanctions Ordered:** | Monetary/Fine $2,500.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | FINED $2,500. |

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Current Status:** | Final |
| **Allegations:** | NASD RULES 1120 AND 2110 - WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, LINCOLN PARTNERS LLC ACCEPTED AND CONSENTED TO THE ENTRY OF FINDINGS THAT IT PERMITTED AN EMPLOYEE TO PERFORM DUTIES AS A FINANCIAL AND OPERATIONS PRINCIPAL WHILE HIS REGISTRATION STATUS WITH THE NASD WAS INACTIVE DUE TO HIS FAILURE TO TIMELY COMPLETE THE REGULATORY ELEMENT OF THE NASD'S CONTINUING EDUCATION RULE. |
| **Initiated By:** | NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. |
| **Date Initiated:** | 05/10/2002 |
| **Docket/Case Number:** | C8A020039 |

©2025 FINRA. All rights reserved.   Report about LINCOLN INTERNATIONAL LLC                                                                    23

www.finra.org/brokercheck

User Guidance



**Principal Product Type:**    No Product

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:**    Acceptance, Waiver & Consent(AWC)

**Resolution Date:**    06/17/2002

**Sanctions Ordered:**    Monetary/Fine $2,500.00

**Other Sanctions Ordered:**

**Sanction Details:**    FINED $2,500.

©2025 FINRA. All rights reserved.    Report about LINCOLN INTERNATIONAL LLC

www.finra.org/brokercheck

User Guidance

**End of Report**



**This page is intentionally left blank.**

©2025 FINRA. All rights reserved.    Report about LINCOLN INTERNATIONAL LLC