# EXHIBIT 22

# Worldwide

We are globally integrated across 25+ offices in 16 countries encompassing the top 10 global economies.

**CONNECT WITH US**

## Americas

### Brazil

**São Paulo**

Rua Funchal
418 – 28º andar
04551- 060
São Paulo – SP Brazil
(+55-11) 2166-8835

### United States

**Atlanta**

124 Krog Street
Suite A300-A
Atlanta, Georgia 30307
+1 (678) 559-1707

**Boston**

100 Summer Street
Boston, Massachusetts 02110
+1 (617) 793-7900

**Chicago**

110 North Wacker Drive
51st Floor
Chicago, Illinois 60606
+1 (312) 580-8339

**Cleveland**

600 Superior Avenue East
Suite 1300
Cleveland, Ohio 44114
+1 (216) 366-5110

Privacy & Cookies Policy

**Dallas**

1900 North Pearl Street
Suite 1900
Dallas, Texas 75201
+1 (214) 396-2340

**Los Angeles**

633 West Fifth Street
66th Floor
Los Angeles, California 90071
+1 (213) 283-3700

**New York**

299 Park Avenue
7th Floor
New York, New York 10171
+1 (212) 277-8100

**Richmond**

200 South 10th Street
Suite 1020
Richmond, Virginia 23219
+1 (804) 890-0200

**San Francisco**

One Embarcadero Center
37th Floor
San Francisco, California 94111
+1 (415) 949-4950

**Washington, D.C.**

1660 International Drive
Suite 600
McLean, Virginia 22102
+1 (571) 680-8400

# Asia

## China

**Beijing**

## India

**Bangalore**

#00A120, WeWork Galaxy
43, Residency Road
Shanthala Nagar, Ashok Nagar
Bengaluru, Karnataka 560025

**Mumbai**

13th Floor (North side), Commerz 1
Oberoi Garden City, Off Western Express Highway
Mumbai 400 063
+91-22-40670300

MAP

1201,  12th Floor,  B- Wing, The Capital,
Plot C-70, G-Block, Bandra Kurla Complex, Bandra (East)
Mumbai 400 051

## Japan

**Tokyo**

Ark Mori Building 26th Floor
1-12-32 Akasaka, Minato-ku
Tokyo 107-6026, Japan
+813-5549-7680

Privacy & Cookies Policy

# Europe

## Austria / CEE

### Vienna

Steindlgasse 6
1010 Vienna
Austria
+43 (0) 1 535 48 75 0

## Benelux

### Amsterdam

WTC Amsterdam
Tower Ten | 20th floor
Strawinskylaan 1665
1077 XX Amsterdam
The Netherlands
+31 20 7670 311

### Brussels

Louizalaan 380, Avenue Louise
1050 Brussels
Belgium
+32 2 320 26 00

## France

### Paris

2-6 rue Paul Cézanne
75008 Paris
France
+33 (0) 1 88 80 60 00

## Germany

### Berlin

Rosenstraße 18
10178 Berlin
Deutschland
+49 30 233213

### Frankfurt

Ulmenstraße 37-39
60325 Frankfurt am Main
Deutschland
+49 69 97105-400

### Munich

Prinzregentenstraße 22
80538 München
Deutschland
+49 89 693131270

## Italy

Privacy & Cookies Policy

**Milan**

Via Santa Radegonda
11 – 5th Floor
20121 Milan
Italy
+39 02 3030 0700

---

## Nordics

**Stockholm**

Strandvägen 5B, Floor 4
SE-114 51 Stockholm
Sweden

---

## Spain

**Madrid**

Calle Príncipe de Vergara 112, 8°
28002 Madrid
Spain
+34 911 294 996

---

## Switzerland

**Zurich**

Dufourstrasse 43
8008 Zurich
Switzerland
+41 44 576 43 00

---

## United Kingdom

**London**

10th Floor
Orion House
5 Upper St Martin's Lane
London
WC2H 9EA
United Kingdom
+44 20 7022 9880

# Middle East

## United Arab Emirates

Privacy & Cookies Policy

**Dubai**

402, Level 4
Index Tower
Mustaqbal Street, DIFC
Dubai, UAE
+971 4 570 9850

# Oceania

## Australia / New Zealand

**Melbourne**

Level 45
101 Collins Street
Melbourne, VIC 3000
Australia
+61 (03) 9620 2500

**Sydney**

Level 45, Gateway
1 Macquarie Place
Sydney, NSW
Australia
+61 2 89208600

Who We Are

Our People

What We Do

Mergers & Acquisitions

Capital Advisory & Restructuring

Private Funds Advisory

Valuations & Opinions

Who We Serve

Our Thinking

Careers & Culture

Transactions

Worldwide

Connect with Us

Search

News & Events

Conferences

Global Results

Lincoln Alumni

Regulatory Disclosures

Privacy                                             Privacy & Cookies Policy

Form CRS

Code of Conduct

© 2025 Lincoln International LLC

*Firm details on FINRA's BrokerCheck*



Privacy & Cookies Policy