**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE: SUBPOENA TO LINCOLN
INTERNATIONAL LLC

In connection with:
*Panini America, Inc. v. Fanatics, Inc. et al.*,
23-cv-9714 (S.D.N.Y.)

Case No. _____

**FANATICS' MOTION FOR LEAVE TO FILE**
**EXHIBIT UNDER SEAL**

Fanatics, LLC,  Fanatics Collectibles Intermediate Holdco, Inc.,  Fanatics SPV, LLC, and Fanatics Holdings, Inc. (collectively, "Fanatics"), by and through their undersigned counsel, respectfully move pursuant to Local Rule 26.2 for leave to file under seal Exhibit 4 (the "Exhibit") to Fanatics' concurrently filed Motion to Compel.  In support of this motion, Fanatics states as follows:

1. Fanatics issued a subpoena to Lincoln International LLC in connection with *Panini America, Inc. v. Fanatics, Inc. et al.*, Case No. 1:23-cv-09714-LTS-VF (S.D.N.Y.).  The subpoena designated this District as the place of compliance, and Fanatics has accordingly filed its Motion to Compel in this District.

2. The Exhibit is an email chain reflecting confidential discussions of a potential M&A transaction involving Panini S.p.A.  The Exhibit contains what Fanatics understands to be non-public financial information regarding Panini S.p.A., including projected EBITDA figures and enterprise valuation estimates.

3. Given that the Exhibit contains apparently non-public valuation and financial performance information, Fanatics requests that the Court permit the Exhibit to be filed under seal.

1

Fanatics takes no position on whether the Exhibit should remain sealed following resolution of the Motion to Compel.  In compliance with L.R. 26.2, Fanatics is filing a public version of the Exhibit as a blank page.  LR 26.2(c)(1).  Fanatics has also redacted certain irrelevant portions of the Exhibit.

Respectfully submitted,

*/s/ Michael B. Carlinsky*
Michael B. Carlinsky
Kathryn D. Bonacorsi*
Ted Ovrom
**QUINN EMANUEL URQUHART**
**& SULLIVAN LLP**
295 Fifth Avenue
New York, NY 10016

Derek L. Shaffer*
**QUINN EMANUEL URQUHART**
**& SULLIVAN LLP**
1300 I Street NW, 9th Floor
Washington, DC 20005

Bevin Brennan
**QUINN EMANUEL URQUHART**
**& SULLIVAN LLP**
191 N. Wacker Drive Suite 2700
Chicago, IL 60606

**Pro hac vice* forthcoming

*Attorneys for Fanatics*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 10, 2025, a copy of the foregoing was served on counsel for Lincoln International LLC by operation of the Court's CM/ECF electronic service system and by direct email.


*/s/ Michael B. Carlinsky*
Michael B. Carlsinsky