UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC.

Plaintiff(s)

- v -

LINCOLN INTERNATIONAL, LLC

Defendant(s)

**RULE 7.1 STATEMENT**

1:26-cv-00543-LTS

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Fanatics, LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Pursuant to Federal Rule of Civil Procedure 7.1, Fanatics, LLC hereby certifies that it is wholly owned by Fanatics Commerce Intermediate Holdco, LLC, which is wholly owned by Fanatics Commerce Holdco, Inc., which is wholly owned by Fanatics Global Holdco, LLC, which is wholly owned by Fanatics Holdings, Inc. Fanatics, LLC is not a publicly held corporation, and no publicly held corporation owns 10% or more of its stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

N/A

1/30/26

Date

/s/ Michael B. Carlinsky

Signature of Attorney

MC 6594

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022