**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

January 30, 2026

**Via ECF**

The Honorable Laura Taylor Swain
Chief District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *In Re: Subpoena to Lincoln International LLC*, Case No. 1:26-cv-00543-LTS

Dear Judge Swain:

We write on behalf of Fanatics in the above-referenced matter to request leave to file under seal Exhibit 4 (the "Exhibit") to Fanatics' concurrently filed Motion to Compel.  The Exhibit is an email chain reflecting confidential discussions of a potential M&A transaction involving Panini S.p.A.  The Exhibit contains what Fanatics understands to be non-public financial information regarding Panini S.p.A., including projected EBITDA figures and enterprise valuation estimates. Given that the Exhibit contains apparently non-public valuation and financial performance information, Fanatics requests that the Court permit the Exhibit to be filed under seal.  Fanatics takes no position on whether the Exhibit should remain sealed following resolution of the Motion to Compel.

In the Second Circuit, courts may exercise "discretion in determining whether good cause exists to overcome the presumption of open access to documents filed…." *Geller v. Branic Int'l Realty Corp.*, 212 F.3d 734, 738 (2d Cir. 2000).  In evaluating a party's request to file under seal, courts balance the competing interests of the presumption of public access to judicial documents against "countervailing factors," including the "privacy interests of those resisting disclosure." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (citation omitted). Protecting sensitive business information is among the "'higher values' consistently recognized by courts in this Circuit" as a "'countervailing factor' that can prevail over the presumption of public access." *CBF Industria de Gusa S/A v. AMCI Holdings, Inc.*, 2021 WL 4135007, at *4 (S.D.N.Y. Sept. 10, 2021); *see also W.J. Deutsch & Sons Ltd. v. Diego Zamora, S.A.*, 2022 WL 890184, at *3 (S.D.N.Y. Mar. 25, 2022) (granting motion to redact sensitive business information).

Pursuant to Your Honor's Individual Practices, Fanatics will file its proposed sealed version of the Exhibit and a public, redacted version of the Exhibit electronically through the Court's ECF system and email Your Honor's chambers an unredacted copy of the Exhibit with proposed redactions highlighted in yellow.

Respectfully submitted,


*/s/ Michael B. Carlinsky*
Michael B. Carlinsky


CC: All Counsel of Record via ECF

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: February 2, 2026**

Pursuant to Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006), the motion to seal is GRANTED. The Clerk of Court is respectfully directed to maintain the viewing restrictions at ECF No. 33-4. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 30.

2