**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: SUBPOENA TO LINCOLN INTERNATIONAL LLC | |
| In connection with:<br>*Panini America, Inc. v. Fanatics, Inc. et al.,* 23-cv-9714 (S.D.N.Y.) | Case No.  1:26-CV-00543-LTS |
| FANATICS, LLC, FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC., FANATICS SPV, LLC, and FANATICS HOLDINGS, INC. | |
| Petitioners, | |
| v. | |
| LINCOLN INTERNATIONAL LLC, | |
| Respondent. | |

**DECLARATION OF ROBERT BROWN**
**IN SUPPORT OF LINCOLN INTERNATIONAL LLC'S RESPONSE**
**IN OPPOSITION TO FANATICS' MOTION TO COMPEL**

I, Robert Brown, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am the Chief Executive Officer of Lincoln International LLC ("Lincoln U.S."). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters stated herein.

2.      I submit this declaration in support of Lincoln International LLC's Response in Opposition to Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC,

and Fanatics Holdings, Inc.'s (collectively, "Fanatics") Motion to Compel Compliance with Document Subpoena Pursuant to Rule 45(d) of the Federal Rules of Civil Procedure.

3. Lincoln U.S. is not a party to the underlying litigation between Panini America, Inc. ("Panini U.S.") and Fanatics.

4. Lincoln U.S. has never been retained by Panini U.S. or its Italian affiliate, Panini S.p.A. ("Panini Italy"), to provide any services in connection with any potential sale, securitization, or combination of Panini's businesses.

5. Lincoln International S.r.l. ("Lincoln Italy") is a separate and distinct legal entity from Lincoln U.S. Lincoln Italy was retained by Panini Italy in September 2018 to advise on a potential sale of Panini's business.

6. I am aware that Fanatics references an email exchange involving me as purported evidence of Lincoln U.S.'s control over Lincoln Italy's documents pertaining to Lincoln Italy's engagement with Panini Italy. (*See* Fanatics' Mot. to Compel, Ex. 4, ECF No. 33.) That characterization is incorrect.

7. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

8. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

2

3

9.      I did not access any database, shared drive, document management system, or Lincoln Italy system to obtain this information. ███████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████ I did not receive, review, or retain any financial models, valuation analyses, or other engagement documents from Lincoln Italy in connection with this inquiry or at any other time.

10.      ████████████████████████████████████████████ ██████████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois, on February 19, 2026.

_____

Robert Brown

3