**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

March 30, 2026

**Via ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York

Re:    *Fanatics, LLC, et al. v. Lincoln International LLC*, No. 1:26-cv-543-LTS-VF (S.D.N.Y.)

Dear Judge Swain:

Fanatics respectfully submits this supplemental letter to bring to the Court's attention two recently produced documents that shine important light on a pending submission. Specifically, these two documents further support Fanatics' motion to compel Lincoln International LLC ("Lincoln U.S.") to comply with Fanatics' subpoena, including by searching for and producing documents from Lincoln International S.r.l. ("Lincoln Italy").

In opposing Fanatics' motion to compel, Lincoln U.S. claimed it "had *nothing to do with the Panini engagement*," ECF 42 at 4 (emphasis added), and sought to deny the ostensible U.S. nexus. According to Lincoln U.S., "Lincoln U.S. and Lincoln Italy operate independently of each other," and "Lincoln U.S. was never retained by Panini to provide *any* services in connection with any sale." *Id.* at 3, 11. It dismissed an email in which a Lincoln U.S. executive (Rob Brown) connected a potential U.S. buyer of Panini with Lincoln Italy as an "isolated" communication stemming from a "personal[]" relationship, stressing that "Fanatics identifies no pattern of repeated exchanges." *Id.* at 9-10; ECF 45 ¶ 7. Finally, it claimed there is "no evidence that Lincoln Italy actually solicited U.S. buyers in connection with the Panini engagement." ECF 42 at 11.

Panini recently produced in the underlying action[1] two documents that contradict these assertions and confirm that Lincoln U.S. was involved in the Panini engagement. Exhibit 26, ██████████████████████████████████████████████████████. Ex. 26 at 2. The presentation states that ████████████████████████████████ *Id.* at 6, 10. The presentation lists various ████████████████ *Id.* at 37. Exhibit 27 is an email in which ████████████████████████████████████████████ Ex. 27 at 2-5. This email was sent in February 2021, approximately the same time as the Rob Brown correspondence that Lincoln U.S. characterized as an "isolated instance." *See* ECF 42 at 9-10.

---

[1] Panini produced these documents on March 21—weeks after Fanatics' motion to compel was fully briefed. Panini has consented to Fanatics' use of these documents for purposes of this submission.

These documents confirm that Lincoln U.S. executives played a recurring role in the Panini engagement and further demonstrate that Lincoln U.S. has the practical ability to obtain responsive documents from Lincoln Italy based on the entities' close relationship, "integrated" structure, and systematic collaboration on cross-border transactions.  *See* ECF Nos. 32, 49.

Respectfully submitted,

*/s/ Michael B. Carlinsky*
Michael B. Carlinsky
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

*Counsel for Fanatics*