**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

FANATICS LLC, et al.,

                       Plaintiffs,

         -against-

LINCOLN INTERNATIONAL LLC,

                     Defendant.
----------------------------------------------------------X

26-CV-543 (LTS) (VF)

**ORDER ADJOURNING ORAL**
**ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge**

The oral argument scheduled for **Tuesday, May 19, 2026, at 10:00 a.m.** is hereby

adjourned.

      **SO ORDERED.**

DATED:     New York, New York
           May 7, 2026

                                      _____
                                       VALERIE FIGUEREDO
                                       United States Magistrate Judge