**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
FANATICS LLC, et al.,

                                     Plaintiffs,                         26-CV-543 (LTS) (VF)

         -against-                                     **ORDER**

LINCOLN INTERNATIONAL LLC,

                                     Defendant.
----------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

Pending before the Court is Fanatics' motion to compel Lincoln International LLC ("Lincoln U.S.") to comply with a subpoena for documents. ECF No. 31. In opposing the motion, Lincoln U.S. submitted a sworn declaration from Ryan Burandt, Associate General Counsel. ECF No. 44. Burandt states that "[i]n the regular course of business, documents pertaining to Lincoln Italy's engagement with Panini Italy were not shared with Lincoln U.S." Id. at ¶ 10. But this is not an unequivocal assertion that the documents pertaining to Lincoln Italy's engagement with Panini Italy are not accessible to Lincoln U.S., if, for example, Lincoln U.S. requested such documents from its affiliate. Burandt also indicates that "Lincoln U.S. does not have access to Lincoln Italy's deal documents, engagement files, or transaction materials pertaining to the Panini Italy engagement through the CRM database." Id. at ¶ 11. But Burandt does not say that such documents are unavailable to Lincoln U.S. through some other means, outside of the CRM database. Burandt also does not say whether Lincoln U.S. asked Lincoln Italy for documents responsive to the Fanatics subpoena, and Lincoln Italy declined to provide responsive documents to Lincoln U.S.

By **Tuesday, June 2, 2026**, Lincoln U.S. is directed to file a supplemental declaration. Such a declaration should address the issues identified herein and, if possible, provide a categorical representation as to Lincoln U.S.'s ability to obtain responsive documents from Lincoln Italy.

     **SO ORDERED.**

DATED:     New York, New York
           May 21, 2026

                            VALERIE FIGUEREDO
                            United States Magistrate Judge