# EXHIBIT 1

| | |
|---|---|
| **From:** | Michael Carlinsky |
| **To:** | Tiradentes, Vanessa R.; Ted Ovrom; Gonzalez, Ciera A. |
| **Cc:** | Kathryn Bonacorsi; Amanda Reeves; Adam Chernicoff; Lindsay Martin; Matthew Meyer |
| **Subject:** | Re: Fanatics v. Lincoln - Mtn to Compel |
| **Date:** | Monday, July 20, 2026 10:34:39 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image341348.png |
| | image544041.png |

Vanessa,

I realize you are under stress and so I will not respond to the baseless bullying accusations.

I must say, however, that we have gone to extraordinary lengths to try to find a resolution. These discussions have stretched way too long.

I am sorry we are where we are. I hope your colleague who accompanied you to court can take over the discussions in your absence. We will wait until 5 pm tomorrow.

Sincerely,

Michael B. Carlinsky
Global Co-Managing Partner & Head of Complex Litigation
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7150 (office)
(917) 453-4405 (mobile)

Winner of "Commercial Litigator of Year" award 2022 by Benchmark Litigation

---

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Monday, 20 July 2026 22:23:37
**To:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

[EXTERNAL EMAIL from vtiradentes@gouldratner.com]

---



Mike –

Frankly, your insistence on a 5 pm deadline under these circumstances is unacceptable. This is not a distant relative—it is my mother-in-law, and I will be with my family tomorrow. I should not have to justify my need for time, nor should I be forced to choose between my family and responding to your demands. If you wish to file something, do so, but I will not be bullied into meeting an arbitrary deadline that disregards my personal situation. I will respond when I am available, and you should expect that we will be advising the Court of your refusal to extend even the most basic professional courtesy in light of these events.

Vanessa

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M



CHICAGO | DENVER

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance



**From:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>
**Sent:** Monday, July 20, 2026 9:17 PM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** Re: Fanatics v. Lincoln - Mtn to Compel

Vanessa,

We truly are sorry for your loss and we are trying to be cooperative.  We have already let two plus weeks go by since the hearing. The timing is unfortunate, but we are in a tight squeeze.  Your client can solve the problem by agreeing to the latest proposal.  We are at a loss to understand why it is not.

If we agree to 5 pm tomorrow, would that allow you to get us an answer ?

Michael B. Carlinsky
Global Co-Managing Partner & Head of Complex Litigation
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7150 (office)
(917) 453-4405 (mobile)

Winner of "Commercial Litigator of Year" award 2022 by Benchmark Litigation

---

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Monday, 20 July 2026 22:10:45
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

**[EXTERNAL EMAIL from vtiradentes@gouldratner.com]**

---

Ted –

I will be at the funeral tomorrow at 1 pm so you will not be hearing back from me then. It is disheartening to hear that Fanatics is unwilling to provide a professional courtesy given my personal circumstances.

-Vanessa

## Vanessa Tiradentes

Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M



CHICAGO | DENVER

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance



**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Monday, July 20, 2026 8:51 PM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

Vanessa,

We are very sorry to hear of your loss and extend our sincere condolences to you and your family.

Regarding your proposal to discuss later this week:  Given that the parties have been unable to reach a compromise despite several extensions, we intend to request a ruling from the Court. While we have endeavored in good faith to reach a compromise over the last few weeks, we cannot afford to defer resolution of our motion any longer, with depositions commencing this week.

We can agree to wait until 1 pm ET tomorrow, as a professional courtesy to you. But deposition scheduling in the case requires us to proceed if we have not reached agreement by that time.

Best wishes,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Monday, July 20, 2026 4:54 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

**[EXTERNAL EMAIL from vtiradentes@gouldratner.com]**

Ted –

We have been in touch with Italian counsel, who are continuing to review the proposal Matt conveyed last week. At this stage, they do not believe it fully addresses all concerns, but are still evaluating and will follow up once their review is complete. I wanted to let you know that I am dealing with a death in my family, which will impact my availability over the next couple of days. To ensure I have sufficient time to reconnect with Italian counsel and coordinate internally, I would like to propose scheduling a call with you on Thursday or Friday. I am fairly flexible both days, so please let me know what works best for you and your team.

Thank you for your understanding.

Vanessa

**Vanessa Tiradentes**
Partner

5

Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com

(312) 899-1628 O
(312) 701-4879 M



CHICAGO | DENVER

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance



**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Thursday, July 16, 2026 7:12 PM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Gonzalez, Ciera A.
<cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi
<kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam
Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer
<matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

Vanessa – We shared what we thought was an accurate and uncontroversial summary of the
status of the parties' discussions, in an effort to show the Court that the parties are making
progress before requesting a fourth extension of the initial 7/7 deadline. We are fine with you
submitting your proposed note to the Court.

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s)
named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If
the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby
notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is
strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original

message.

---

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Thursday, July 16, 2026 7:53 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** Re: Fanatics v. Lincoln - Mtn to Compel

==**[EXTERNAL EMAIL from vtiradentes@gouldratner.com]**==

---

Ted -

Following up here - I am available for a quick call now if we need to discuss the communication to the judge today; however, I will be offline from 7:15-9:30 CT as I tend to my son and put him to bed. Please let me know if we can proceed with our proposed communication or whether you have a revised communication you'd like us to consider.

Thank you,
Vanessa

Get Outlook for iOS

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com

(312) 899-1628 O
(312) 701-4879 M



CHICAGO | DENVER

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance





**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Thursday, 16 July 2026 18:05:53
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** Re: Fanatics v. Lincoln - Mtn to Compel

Ted -

To start, I don't appreciate being put on negative notice of a communication to the Court when this extension request was discussed and agreed to this morning. In any event, I do not agree with your proposed language as we do not have an agreement yet. As I have stated before and this morning, I do not represent Lincoln Italy, and do not know its position given what was conveyed to me this morning by your team. Please let me know if you want to submit the proposal I sent earlier.

Best,

Get Outlook for iOS

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com

(312) 899-1628 O
(312) 701-4879 M



CHICAGO | DENVER

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance





**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Thursday, 16 July 2026 17:31:17
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

Vanessa – we think it makes sense to provide additional color so the Court understands the parties are making progress and close to finalizing an agreement. Please confirm that you are signed off on the below submission, which we plan to submit by 7:30 pm ET.

\*\*\*

Dear Judge Figueredo,

Pursuant to the compromise referenced in Lincoln International's July 7 correspondence to the Court, Fanatics and Lincoln International have reached an agreement concerning Lincoln International's acceptance of Fanatics' subpoena and production of responsive documents, but are continuing to work through one remaining detail concerning data privacy. We respectfully request an extension of time until 5 p.m. on July 20, 2026, to advise the Court of the status of these discussions and whether it will be necessary for the Court to rule on Fanatics' pending motion.

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>

**Sent:** Thursday, July 16, 2026 5:20 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

**[EXTERNAL EMAIL from vtiradentes@gouldratner.com]**

---

Thanks, Ted.

As I advised Matt and Mike earlier, we need a little more time to communicate with Lincoln Italy's counsel. We had agreed this morning to a further extension until Monday to allow that time. Please let me know if the below is ok to send the judge since we owe her an update today:

Dear Judge Figueredo and Chambers:

Pursuant to the Court's directive on July 14, 2026, I write to provide a further status update regarding the parties' efforts to reach a potential compromise concerning Fanatics' pending motion to compel. The parties are continuing to discuss a potential compromise and jointly request until Monday, July 20, 2026, before updating the Court on the status of those discussions.

Should the Court have any questions or require anything further, counsel remain available at the Court's convenience.

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M



CHICAGO | DENVER

222 North LaSalle Street

10

Suite 300
Chicago, IL 60601

Member of MSI Global Alliance



**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Thursday, July 16, 2026 12:43 PM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

Vanessa,

Per your request, attached is Fanatics' preliminary search terms proposal, which is still subject to client review and approval. We are sharing now, before receiving final authorization, in the interest of moving things forward. We expressly reserve the right to modify this proposal pending further discussions.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Thursday, July 16, 2026 9:51 AM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam

Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
Subject: RE: Fanatics v. Lincoln - Mtn to Compel

[EXTERNAL EMAIL from vtiradentes@gouldratner.com]

Ted –

I have very limited availability this afternoon and am trying to see what I can move around to accommodate. Is there no one on your team that speak in a few minutes? I can still keep our slot this morning.

Thanks,

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M



CHICAGO | DENVER

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance



**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Thursday, July 16, 2026 8:40 AM
**To:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <amanda.reeves@lw.com>; Adam Chernicoff <adam.chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** Re: Fanatics v. Lincoln - Mtn to Compel

Hi Ciera, Vanessa,

Are you available to speak at 1pm ET or after instead today?

Best,

> On Jul 15, 2026, at 10:33 AM, Gonzalez, Ciera A.
> <cgonzalez@gouldratner.com> wrote:

> <mark>[EXTERNAL EMAIL from cgonzalez@gouldratner.com]</mark>

> Hi Ted,

> We are in a dep all day today. We could do tomorrow morning at 10am EST.
> Let us know if that works.

> Thanks,
> Ciera

> **Ciera Gonzalez**
> Associate

> cgonzalez@gouldratner.com
> (312) 899-1699 O

> _

> 222 North LaSalle Street
> Suite 300
> Chicago, IL 60601

> Member of MSI Global Alliance

> _

> **From:** Ted Ovrom <tedovrom@quinnemanuel.com>
> **Sent:** Wednesday, July 15, 2026 9:18 AM
> **To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
> **Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Michael Carlinsky

<michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi
<kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves
<Amanda.Reeves@lw.com>; Adam Chernicoff <Adam.Chernicoff@lw.com>; Lindsay
Martin <Lindsay.Martin@lw.com>; Matthew Meyer
<matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

Vanessa,

Do you have time for a Zoom call this morning to discuss?

Thanks,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Tuesday, July 14, 2026 7:24 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Michael Carlinsky
<michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi
<kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves
<Amanda.Reeves@lw.com>; Adam Chernicoff <Adam.Chernicoff@lw.com>; Lindsay
Martin <Lindsay.Martin@lw.com>; Matthew Meyer
<matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

**[EXTERNAL EMAIL from vtiradentes@gouldratner.com]**

Please confirm you are ok with the below to send to the Judge:

Dear Judge Figueredo and Chambers:

Pursuant to the Court's directive on July 8, 2026, I write to provide a further status update regarding the parties' efforts to reach a potential compromise concerning Fanatics' pending motion to compel. The parties are continuing to discuss a potential compromise and jointly request two additional days, until July 16, 2026, before updating the Court on the status of those discussions.

Should the Court have any questions or require anything further, counsel remain available at the Court's convenience.

Respectfully,

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com

(312) 899-1628 O
(312) 701-4879 M

–

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance
– –

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Tuesday, July 14, 2026 6:09 PM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves <Amanda.Reeves@lw.com>; Adam Chernicoff <Adam.Chernicoff@lw.com>; Lindsay Martin <Lindsay.Martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** Re: Fanatics v. Lincoln - Mtn to Compel

Yes, that works.

> On Jul 14, 2026, at 6:52 PM, Tiradentes, Vanessa R. <vtiradentes@gouldratner.com> wrote:

[EXTERNAL EMAIL from vtiradentes@gouldratner.com]

Ted -

Ciera and I are tied up in deposition tomorrow so can we request until Thursday to update the Court further?

Thanks,

Get Outlook for iOS

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M

—

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance
— —

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Tuesday, 14 July 2026 17:18:17
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Amanda Reeves (DC) <amanda.reeves@lw.com>; Adam Chernicoff (NY) <adam.chernicoff@lw.com>; Lindsay Martin (NY) <lindsay.martin@lw.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

Vanessa,

We are still discussing with our client and expect to have an update

tomorrow. For now, we propose telling the Court that the parties are continuing to discuss a potential compromise and jointly request one additional day before updating the Court on the status of those discussions. We do not believe it is necessary at this time to request two additional weeks.

Best,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Tuesday, July 14, 2026 5:28 PM
**To:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Ted Ovrom <tedovrom@quinnemanuel.com>
**Subject:** Re: Fanatics v. Lincoln - Mtn to Compel

[EXTERNAL EMAIL from vtiradentes@gouldratner.com]

---

Ted -

I have to run to an appointment but should be free after 5:30 CT if a further call would be helpful or feel free to connect with Ciera before then. Below is a proposed email to the Judge so hopefully we can continue to work toward a compromise-

Dear Judge Figueredo and Chambers:

Pursuant to the Court's directive on July 8, 2026, I write to provide a further status update regarding the parties' efforts to reach a potential compromise concerning Fanatics' pending motion to compel. After consultation with Italian counsel, Lincoln Italy has

17

requested that Fanatics provide indemnification for any fines or penalties that may arise from potential breaches of foreign data privacy laws, or, alternatively, that Fanatics proceed through the Hague Convention. In discussing the proposed indemnity, the parties believe that a concrete discussion regarding search terms and custodians may help to mitigate, or at least reduce, the risk of any potential breaches of data privacy laws.

The parties do not believe that they are at an impasse and would like to continue exploring a potential compromise. Accordingly, we jointly and respectfully request an additional two weeks (until July 28, 2026) to report back to the Court. This extension should allow sufficient time for meaningful discussions with Italian counsel regarding the specifics of a compromise that may address the concerns at issue.

Should the Court have any questions or require anything further, counsel remain available at the Court's convenience.

Respectfully,

Get Outlook for iOS

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M

–

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance
– –

---

**From:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Sent:** Tuesday, 14 July 2026 15:28:26
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>

**Subject:** RE: Fanatics v. Lincoln   Mtn to Compel

Hi Ted,

Following up – do you have a position from your client? We want to be sure we can update the Court today.

Thank you,
Ciera

**Ciera Gonzalez**
Associate

cgonzalez@gouldratner.com
(312) 899-1699 O

–


222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance

–


**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Tuesday, July 14, 2026 9:54 AM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel


130 ET works. Thanks.

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this

message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Tuesday, July 14, 2026 10:30 AM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

[EXTERNAL EMAIL from vtiradentes@gouldratner.com]

Ted – do you have anything this afternoon? I'm free from 1:30-4 pm ET.

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com

(312) 899-1628 O
(312) 701-4879 M

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Tuesday, July 14, 2026 9:22 AM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

11am ET?

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct

20

212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Tuesday, July 14, 2026 10:16 AM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

[EXTERNAL EMAIL from vtiradentes@gouldratner.com]

Ted –

What is your availability today to connect on this?

Thanks,
Vanessa

### Vanessa Tiradentes

Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com

(312) 899-1628 O
(312) 701-4879 M

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Tuesday, July 7, 2026 2:43 PM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

21

Hi Vanessa – I just tried calling you. Do you mind calling me back on my office line (212-849-7069)?

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Tuesday, July 7, 2026 3:34 PM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>; Amanda Reeves (DC) <amanda.reeves@lw.com>; Lindsay Martin (NY) <lindsay.martin@lw.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

[EXTERNAL EMAIL from vtiradentes@gouldratner.com]

Ted –

Recognizing that we are nearing the end of the day on the east coast, below is a proposed email that I would like to send to Judge Figueredo; please let me know if I may submit this a joint submission:

> *Dear Judge Figueredo,*
>
> *I write in connection with the Court's order at the July 1, 2026 oral argument in the above-captioned matter regarding a potential compromise relating to Fanatics' pending motion to compel. The parties have agreed in principle to a compromise and are working diligently to*

*finalize the terms of that agreement.*

*My client, Lincoln International LLC ("Lincoln US"), has conferred with Lincoln Italy, and Lincoln Italy is willing to collect, review, and produce documents in response to the subpoena to Lincoln US, provided that Fanatics agrees to bear the associated costs. Additionally, Lincoln Italy has requested that Fanatics provide indemnification for any fines or penalties that may arise from potential breaches of foreign data privacy laws.*

*If Fanatics is not amenable to providing such indemnification, Lincoln Italy may nonetheless be willing to proceed with the compromise, but would like the opportunity to retain and consult with Italian counsel before making a final decision.*

*In light of these developments, the parties have conferred and respectfully request an additional week, until July 14, 2026, to report back to the Court regarding whether a full compromise has been reached that would moot the pending motion.*

*Should the Court have any questions or require anything further, counsel remain available at the Court's convenience.*

Best,
Vanessa

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M

—

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance

---

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Tuesday, July 7, 2026 9:50 AM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>; Amanda Reeves (DC) <amanda.reeves@lw.com>; Lindsay Martin (NY) <lindsay.martin@lw.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

Ted –

I have authority to represent that Lincoln US and Lincoln Italy are willing to collect, review and produce documents responsive to the subpoena to Lincoln US, subject to the following:

1. Fanatics will bear the burden of costs, including:
    1. Attorneys' fees for counsel of choice for both Lincoln US and Lincoln Italy in connection with compliance with subpoena
    2. Costs associated with compliance with GDPR or other applicable European data privacy laws (whether those be legal or otherwise)
    3. Vendor costs associated with collection and production of documents
    4. Translation costs
    5. Indemnification to Lincoln US, Lincoln Italy, and any Lincoln affiliate for any potential breaches of foreign data privacy laws
1. Fanatics will identify custodians and provide search terms, and will agree to further narrow the review depending on the results of hit reports for both entities
2. The protective order and other orders governing production in the underlying case will apply

Note that the compromise above is for review and collection of documents in the custody, possession, or control of Lincoln US and Lincoln Italy only. To the extent Fanatics is potentially seeking

24

documents pertaining to a different affiliate, we will need to discuss. I note this as there was comment at the hearing about individuals identified in the pitch deck that are employed by other affiliates.

I believe that most of this is covered by your representation below, but I know that you may not have discussed the indemnity request with your client. To the extent that Fanatics is not amenable to the request, we will be requesting additional time to respond to the Court as Lincoln Italy would like to retain and confer with counsel to determine whether it is comfortable proceeding with the compromise absent indemnity.

Please let me know if Fanatics is amenable to the proposal above, and I will prepare a communication to the Court. If there are specific objections by Fanatics, please identify them so we can address accordingly. Depending on the objections and given the time difference, we may need to request a short extension to further confer with Lincoln Italy.

I am available today before 3 pm CT, except for 12-1 pm CT, if a call would be helpful.

Thanks,
Vanessa

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M

–

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance
– –

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>

**Sent:** Monday, July 6, 2026 9:02 PM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>; Amanda Reeves (DC) <amanda.reeves@lw.com>; Lindsay Martin (NY) <lindsay.martin@lw.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

Vanessa,

Following up on Friday's call, we can confirm that Fanatics would agree to cover Lincoln's reasonable costs associated with collecting, reviewing, and producing documents responsive to the subpoena, provided that Lincoln agrees to accept and comply with subpoena, including by producing Lincoln Italy's responsive documents. As discussed, we are prepared to negotiate reasonable search terms and custodians (which would include custodians of Lincoln Italy) for that production. We would also agree to narrow the subpoena's time period to January 1, 2017 to July 31, 2025.

We maintain that a discussion of specific categories of costs is premature at this stage. That said, and as discussed, we can confirm that Fanatics would cover reasonable costs associated with retaining a vendor and attorney time spent reviewing documents for responsiveness. We would reserve the right to challenge unreasonable costs.

We are available to discuss tomorrow if helpful.

Thanks,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this

message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Friday, July 3, 2026 11:56 AM
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

[EXTERNAL EMAIL from vtiradentes@gouldratner.com]

Yes, that works.

Thanks,
Vanessa

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Friday, July 3, 2026 10:53 AM
**To:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

Vanessa,

Does 3pm ET work instead? We can circulate a Zoom with a dial-in option.

Thanks,

**Ted Ovrom**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7069 Direct
212-849-7000 Main Office Number
319-331-8346 Cell
tedovrom@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>
**Sent:** Friday, July 3, 2026 10:12 AM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Ted Ovrom <tedovrom@quinnemanuel.com>
**Cc:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Matthew Meyer <matthewmeyer@quinnemanuel.com>
**Subject:** Re: Fanatics v. Lincoln - Mtn to Compel

Vanessa,

Just to be clear, we would want it agreed that Lincoln is accepting and complying w the subpoena. I want to avoid a situation where it's unclear what Lincoln US/Italy must search and produce.

Subject to that understanding, we would ask our client to absorb the expenses.

Michael B. Carlinsky
Global Co-Managing Partner & Head of Complex Litigation
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, New York 10016

28

(212) 849-7150 (office)
(917) 453-4405 (mobile)

Winner of "Commercial Litigator of Year" award 2022 by
Benchmark Litigation

---

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Friday, 03 July 2026 10:03:03
**To:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Gonzalez,
Ciera A. <cgonzalez@gouldratner.com>; Matthew Meyer
<matthewmeyer@quinnemanuel.com>
**Subject:** RE: Fanatics v. Lincoln - Mtn to Compel

<mark>**[EXTERNAL EMAIL from vtiradentes@gouldratner.com]**</mark>

---

Yes – please let me know the best number to reach you.

Thanks,

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M

–

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance
– –

---

**From:** Ted Ovrom <tedovrom@quinnemanuel.com>
**Sent:** Friday, July 3, 2026 8:54 AM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Gonzalez,
Ciera A. <cgonzalez@gouldratner.com>; Matthew Meyer
<matthewmeyer@quinnemanuel.com>

**Subject:** Re: Fanatics v. Lincoln - Mtn to Compel

Hi Vanessa,

Does 1pm ET work?

Best,

On Jul 2, 2026, at 4:30 PM, Tiradentes, Vanessa R. <vtiradentes@gouldratner.com> wrote:

**[EXTERNAL EMAIL from vtiradentes@gouldratner.com]**

Mike or Ted –

Following up on the judge's directive, I have now spoken with my client regarding a potential compromise in lieu of a decision on the pending motion.

In open court, you indicated that your client would assume any costs associated with compliance should Lincoln Italy agree to voluntarily search and produce documents, but the scope and specifics of that commitment are unclear.

Please let me know your availability for a call tomorrow before 3 pm CT / 4 pm ET to discuss. I am fairly flexible within that window.

Thanks in advance,
Vanessa

**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M

–

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance