# EXHIBIT 2

**From:** Gonzalez, Ciera A.
**To:** Figueredo NYSD Chambers; Tiradentes, Vanessa R.
**Cc:** Michael Carlinsky; Ted Ovrom; Derek Shaffer; Kathryn Bonacorsi; Spinner, Matthew N.
**Subject:** RE: Fanatics, LLC et al v. Lincoln International LLC, No. 1:26-cv-00543-LTS-VF
**Date:** Thursday, July 16, 2026 8:24:11 PM
**Attachments:** image001.png
image002.png

**[EXTERNAL EMAIL from cgonzalez@gouldratner.com]**



Dear Judge Figueredo and Chambers:

Pursuant to the Court's directive on July 14, 2026, I write to provide a further status update regarding the parties' efforts to reach a potential compromise concerning Fanatics' pending motion to compel. The parties are continuing to discuss a potential compromise and jointly request until Monday, July 20, 2026, before updating the Court on the status of those discussions.

Should the Court have any questions or require anything further, counsel remain available at the Court's convenience.

Respectfully,
Ciera Gonzalez


**Ciera Gonzalez**
Associate

cgonzalez@gouldratner.com
(312) 899-1699 O



CHICAGO | DENVER

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance



**From:** Figueredo NYSD Chambers <FigueredoNYSDChambers@nysd.uscourts.gov>
**Sent:** Wednesday, July 15, 2026 9:17 AM
**To:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>

1

**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Spinner, Matthew N. <mspinner@gouldratner.com>
**Subject:** RE: Fanatics, LLC et al v. Lincoln International LLC, No. 1:26-cv-00543-LTS-VF

The parties are directed to provide a further status update on **July 17, 2026**. Thank you.

---

**From:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>
**Sent:** Tuesday, July 14, 2026 7:40 PM
**To:** Figueredo NYSD Chambers <FigueredoNYSDChambers@nysd.uscourts.gov>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Gonzalez, Ciera A. <cgonzalez@gouldratner.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Spinner, Matthew N. <mspinner@gouldratner.com>
**Subject:** RE: Fanatics, LLC et al v. Lincoln International LLC, No. 1:26-cv-00543-LTS-VF

**CAUTION - EXTERNAL:**

Dear Judge Figueredo and Chambers:

Pursuant to the Court's directive on July 8, 2026, I write to provide a further status update regarding the parties' efforts to reach a potential compromise concerning Fanatics' pending motion to compel. The parties are continuing to discuss a potential compromise and jointly request two additional days, until July 16, 2026, before updating the Court on the status of those discussions.

Should the Court have any questions or require anything further, counsel remain available at the Court's convenience.

Respectfully,
Vanessa Tiradentes


**Vanessa Tiradentes**
Partner
Deputy General Counsel
(She/Her/Hers)

vtiradentes@gouldratner.com
(312) 899-1628 O
(312) 701-4879 M



CHICAGO | DENVER

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance



**From:** Figueredo NYSD Chambers <FigueredoNYSDChambers@nysd.uscourts.gov>
**Sent:** Wednesday, July 8, 2026 10:10 AM
**To:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Cc:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Spinner, Matthew N. <mspinner@gouldratner.com>
**Subject:** RE: Fanatics, LLC et al v. Lincoln International LLC, No. 1:26-cv-00543-LTS-VF

The parties are directed to provide a further status update on **July 14, 2026**.

Thank you,

Chambers of the Hon. Valerie Figueredo

U.S. District Court for the Southern District of New York

(212) 805-0298

500 Pearl Street, Chambers 1660

New York, NY 10007

**From:** Gonzalez, Ciera A. <cgonzalez@gouldratner.com>
**Sent:** Tuesday, July 7, 2026 6:36 PM
**To:** Figueredo NYSD Chambers <FigueredoNYSDChambers@nysd.uscourts.gov>
**Cc:** Tiradentes, Vanessa R. <vtiradentes@gouldratner.com>; Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Ted Ovrom <tedovrom@quinnemanuel.com>; Derek Shaffer <derekshaffer@quinnemanuel.com>; Kathryn Bonacorsi <kathrynbonacorsi@quinnemanuel.com>; Spinner, Matthew N. <mspinner@gouldratner.com>
**Subject:** Fanatics, LLC et al v. Lincoln International LLC, No. 1:26-cv-00543-LTS-VF

**CAUTION - EXTERNAL:**

3

Dear Judge Figueredo and Chambers,

I write in connection with the Court's order at the July 1, 2026 oral argument in the above-captioned matter regarding a potential compromise relating to Fanatics' pending motion to compel. The parties have agreed in principle to a compromise and are working diligently to finalize the terms of that agreement.

My client, Lincoln International LLC ("Lincoln US"), has conferred with Lincoln Italy, and Lincoln Italy is willing to collect, review, and produce documents in response to the subpoena to Lincoln US, provided that Fanatics agrees to bear the associated costs. Additionally, Lincoln Italy has requested that Fanatics provide indemnification for any fines or penalties that may arise from potential breaches of foreign data privacy laws.

If Fanatics is not amenable to providing such indemnification, Lincoln Italy may nonetheless be willing to proceed with the compromise, but would like the opportunity to retain and consult with Italian counsel before making a final decision.

In light of these developments, the parties have conferred and respectfully request an additional week, until July 14, 2026, to report back to the Court regarding whether a full compromise has been reached that would moot the pending motion.

Should the Court have any questions or require anything further, counsel remain available at the Court's convenience.

Respectfully,


**Ciera Gonzalez**
Associate

cgonzalez@gouldratner.com
(312) 899-1699 O



CHICAGO | DENVER

222 North LaSalle Street
Suite 300
Chicago, IL 60601

Member of MSI Global Alliance

4



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.