**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

FANATICS LLC, et al.,

Plaintiffs,

-against-

LINCOLN INTERNATIONAL LLC,

Defendant.

-----------------------------------------------------X

26-CV-543 (LTS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

The Court has been informed via e-mail that the parties have resolved the pending motion to compel compliance with the subpoena issued to Lincoln. Accordingly, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 31 because it is moot. If Fanatics needs to renew the motion to compel, it can do so within 30 days of this order.

**SO ORDERED.**

DATED: New York, New York
September 24, 2026

VALERIE FIGUEREDO
United States Magistrate Judge