quinn emanuel trial lawyers | new york

September 25, 2026

**Via ECF**

The Honorable Valerie Figueredo
United States District Court Magistrate Judge
Southern District of New York

Re: *Fanatics, LLC, et al. v. Lincoln International LLC*, No. 1:26-cv-00543-LTS-VF (S.D.N.Y.)

Dear Judge Figueredo:

We write on behalf of Fanatics in the above-referenced matter regarding Fanatics' Motion to Compel (the "Motion," ECF No. 31). As the Court is aware, Fanatics and Lincoln have reached an agreement concerning Lincoln's voluntary production of documents responsive to Fanatics' subpoena. That agreement has now been executed, and in accordance with its terms Fanatics hereby withdraws its Motion to Compel with prejudice.[1]

The Parties jointly request that the Court retain jurisdiction over the enforcement of the Parties' agreement, which provides that any disputes concerning the parties' performance be submitted to and conclusively resolved by Your Honor. Accordingly, the parties further jointly request that this Action remain open until Lincoln completes its voluntary production to facilitate the resolution of any potential disputes.

Respectfully submitted,

*/s/ Michael B. Carlinsky*

Michael B. Carlinsky
Quinn Emanuel Urquhart & Sullivan LLP
295 Fifth Avenue
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
(212) 849-7000

*Counsel for Fanatics*

[1] Fanatics is aware that, by Order dated September 24, 2026, the Court denied Fanatics' Motion as moot, with leave to refile. ECF No. 77. Fanatics' withdrawal of its motion with prejudice shall exclude any possibility of refiling.